Consumer Financial
Protection Bureau

1700 G Street NW, Washington, D.C. 20552

December 5, 2024

**<u>VIA ECF</u>**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:    Consumer Financial Protection Bureau v. Climb Credit, Inc., *et al.*,
       Case No.1:24-cv-07868-JLR

Dear Judge Rochon:

This constitutes joint correspondence of the parties as to the status of the above-captioned case.

Plaintiff (the Consumer Financial Protection Bureau) and all Defendants (Climb Credit, Inc., Climb Investco, LLC, Climb GS Loan Fund 2018-1, LLC, 1/0 Holdco, LLC, and 1/0 Capital, LLC) have agreed to resolution of this matter. All parties jointly request that this Court approve and enter the attached Proposed Stipulated Final Judgment and Order.

Respectfully Submitted,

*Christopher Sousa*

Christopher Sousa
Senior Litigation Counsel
Consumer Financial Protection Bureau

Cc:    Counsel of record via ECF
       Chris Willis (via email to Chris.Willis@troutman.com)
       Jesse Silverman (via email to Jesse.Silverman@troutman.com)